**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

DARLIN J. HILL                                                                                                PLAINTIFF

v.                                              Case No. 2:11-CV-02182

GEICO INSURANCE                                                                                    DEFENDANT

**JUDGMENT**

On the 1st day of October, 2012, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the three-day trial, the case was submitted to the jury and a unanimous verdict was reached as follows:

On the underinsured motorist coverage claim of Plaintiff, Darlin Hill, as submitted in Instruction No. 3, we find in favor of:

_____        <u>Defendant GEICO Insurance</u>_____
(Plaintiff Darlin Hill)                                  or    (Defendant GEICO Insurance)

The verdict form was signed and dated by the jury foreperson. In accordance with the above verdict, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on her Complaint and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorneys' fees.

IT IS SO ORDERED this 3rd day of October, 2012.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE